IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DANNY WATKINS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LEBANON, TENNESSEE, *et al*<br><br>    Defendants | Case No. 3:23-cv-00452 |

## JOINT MEDIATION REPORT

COME NOW the parties, jointly, and provide this Joint Mediation Report pursuant to the Initial Case Management Order (Doc. 13).

The parties have discussed the potential for mediation. At this time, the parties do not intend to mediate.

Respectfully submitted,

s/ Wesley Clark
Wesley Ben Clark, #32611
Frank Ross Brazil, #34586
BRAZIL CLARK, PLLC
2901 Dobbs Avenue
Nashville, TN 37211
615-730-8619
615-634-3651 (fax)
*Attorneys for Plaintiff*
wesley@brazilclark.com
frank@brazilclark.com

1
Case 3:23-cv-00452    Document 16    Filed 05/20/24    Page 1 of 2 PageID #: 73

s/ *Jeffrey R. Thompson, by permission WC*
Jeffrey R. Thompson, #20310
Gina S. Vogel, #33526
LEWIS THOMASON, P.C.
900 S. Gay Street, Suite 300 Knoxville TN 37902
PO Box 2425
Knoxville, Tennessee 37902
865-546-4646
865-523-6529 (fax)
*Attorneys for Defendants*
JRThompson@LewisThomason.com
Gvogel@lewisthomason.com

Certificate of Service

The undersigned further certifies that this document was electronically filed on May 20, 2024 and is expected to be served upon the following:

Jeffrey R. Thompson
Gina S. Vogel
LEWIS THOMASON, P.C.
620 Market Street, Fifth Floor
PO Box 2425
Knoxville, Tennessee 37901-2425
865-546-4646
865-523-6529 (fax)
*Attorneys for Defendants*
JRThompson@LewisThomason.com
Gvogel@lewisthomason.com

                                                    *s/ Wesley Clark*